

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-22-00162-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

Martha Theresa **ZABROKY**,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. 21716C
Honorable Susan Harris, Judge Presiding

# O R D E R

Appellant's brief was originally due on May 18, 2022, and we granted appellant's first request for an extension of time, extending the deadline for filing the brief until June 27, 2022. On June 27, 2022, appellant filed a motion requesting an additional nine-day extension. Appellee objects to this request. After consideration, we **grant** appellant's motion and **order** appellant to file its brief **by July 6, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court